IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WILLIE MAE SUMMERS                                                                     PLAINTIFF

v.                                                                          CIVIL ACTION NO. 1:04CV348-M-A

SECRETARY OF HEALTH
AND HUMAN SERVICES                                                          DEFENDANT

## FINAL JUDGMENT

On consideration of the file and records in this action, the court finds that the report and recommendation of the United States Magistrate Judge dated September 27, 2005, was on that date duly served by first class mail upon the plaintiff and by first class mail upon the attorney of record for the defendants; that more than ten days have elapsed since service of said report and recommendation; and that no objection thereto has been filed or served by said parties. The court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1. The report and recommendation of the magistrate judge dated September 27, 2005, is hereby approved adopted as the opinion of the court.

2. That this cause is dismissed with prejudice.

THIS, the 13th day of October, 2005.

                                                                                                     /s/ Michael P. Mills
                                                                                                    **UNITED STATES DISTRICT JUDGE**